IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY B. SHEPPARD,
    Plaintiff,

vs.                                                         Case No. 3:09cv453/RV/MD

MARY M. JOHNSON, Santa
Rosa County Clerk of Court, et al.
    Defendants.

_____

**O R D E R**

This cause is before the court upon plaintiff's filing a civil complaint and an application for leave to proceed *in forma pauperis*.

Plaintiff has failed to use forms provided by the court for filing this complaint. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a complaint under section 1983 unless the appropriate complaint form is completed.[1] Thus, plaintiff must file his complaint on the form for use in section 1983 cases, even if he wants to attach separate pages explaining the facts that underlie the complaint. Plaintiff need not file a memorandum of law or otherwise provide citations to statutes and cases, and he need not file exhibits as evidentiary support for his complaint. The court will notify plaintiff when memoranda and exhibits are necessary, such as prior to trial or in conjunction with a motion for summary judgment.

To amend his complaint, plaintiff should completely fill out a civil rights complaint form, marking it **"Amended Complaint,"** and he should write this case number in the

---

[1] Although he does not specifically cite the federal civil rights statute, 42 U.S.C. § 1983, he refers to violations of his civil rights, and no other basis for federal jurisdiction is apparent from the complaint.

appropriate space. Plaintiff is advised that the amended complaint must contain **all** of his allegations, and it should not in any way refer to the original complaint. Once an amended complaint is filed, all earlier complaints are disregarded. Local Rule 15.1, Northern District of Florida.

Plaintiff did not file his application to proceed *in forma pauperis* on the required Northern District forms, although he appears to have attempted to follow the format of the form. Therefore, his motion for leave to proceed *in forma pauperis* will be denied without prejudice. He shall either pay the $350.00 filing fee or file a new *in forma pauperis* application on the proper court forms. The court will not process the complaint until this is done.

Accordingly, it is ORDERED:

1. The clerk is directed to send plaintiff a section 1983 complaint form and an application to proceed *in forma pauperis*.

2. Plaintiff shall file an amended complaint using the court form.

3. Plaintiff shall either pay the $350.00 filing fee or file a new application to proceed *in forma pauperis* as instructed herein.

4. Plaintiff shall do the above within thirty (30) days from the date of the docketing of this order. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and to comply with an order of the court.

DONE AND ORDERED this 20th day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**